IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JESSE ANDERSON STROUD, JR.,**

    **Plaintiff**     :     CIVIL NO. 3:CV-13-2378

    v.     :     (Judge Caputo)

**MR. BROCKLEHURST,** *et al.,*     :

    **Defendants**     :

O R D E R

AND NOW, this 30th day of **APRIL, 2014**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. This action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. Any appeal taken from this Order shall be deemed frivolous, lacking in good faith and without probable cause.

3. The Clerk of Court is directed to mark this matter closed.

    /s/ A. Richard Caputo
    **A. RICHARD CAPUTO**
    **United States District Judge**